THE HEIRS OF WM. JARRETT, DECEASED, *vs.* J. M. KAPENA.

ON APPEAL FROM THE COMMISSIONERS OF PRIVATE WAYS FOR HONOLULU.

A PERMISSIVE USE of a right of way will not create an easement, however long continued.

Opinion of the Court by JUDD, J.

This case comes up by appeal from the Commissioners of Private Ways for Honolulu, concerning a lane leading in the rear of defendant's premises to Nuuanu avenue.

We have examined the testimony and find that the use of the lane in controversy by the late Wm. Jarrett and his

53

family, was by the permission of the defendant's father. It is quite clear that a permissive use will not create an easement, however long enjoyed. The defendant, therefore, had a right to revoke the permission and to obstruct the lane. The plaintiffs cannot claim the use of this lane as a necessity, as there is a convenient roadway from the plaintiff''s premises to Fort street.

We find, however, by the survey produced of the defendant's premises, that the lane is only partly on defendant's land, and it is partly on the adjoining land claim of Keekapu. The defendant has only authority to obstruct the lane so far as it is over his own land.

The judgment of the Commissioners is reversed, but the defendant must remove the obstructions to the lane so far as he has placed them beyond the boundaries of his own land.

Each party to pay his own costs and costs of Court divided.

Castle & Hatch for plaintiffs.

J. L. Kaulukou for defendant.

Honolulu, April, 30, 1881.